# UNITED STATES DISTRICT COURT
## District of Minnesota

Toua Kue

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Ryan Shea

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01520-MJD-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court GRANTS Petitioner’s Petition for Writ of Habeas Corpus [Doc. 1] as follows:

a. Respondents are ordered to arrange for the immediate release of Petitioner into Minnesota at a safe time and in a safe place that is communicated at least two (2) hours in advance of Petitioner’s counsel;

b. Respondents are ordered to immediately return all Petitioner’s personal items that were taken from him when he was detained in substantially the same condition as when the items were taken during his arrest, such as his driver’s license, immigration papers, passport, cell phone, and keys; and

c. Respondents are enjoined from imposing any conditions on Petitioner’s release other than the conditions contained within his preexisting Order of Supervision;

2. Respondents are ordered to confirm Petitioner’s release from custody as well as the Respondents’ compliance with the rest of the Court’s Order within forty-eight (48) hours from the date of this Order; and

3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted.

Date: 2/27/2026

KATE M. FOGARTY, CLERK