# UNITED STATES DISTRICT COURT

## District of Minnesota

Toua Kue

Petitioner(s),

v.

Markwayne Mullin, Todd M. Lyons, David Easterwood, Ryan Shea,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01520-MJD-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner's Motion for Order to Show Cause [Doc. 10] is DENIED.

Date: 3/31/2026

KATE M. FOGARTY, CLERK